Prepared by State Reporter from Appeal Papers

for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate was killed as a result of a collision between one of defendant's locomotives and an automobile which he was driving across the defendant's tracks at the Tifft street crossing in the city of Buffalo. It appeared from the evidence that observation as intestate approached the tracks should have disclosed to him the on-coming train.

*John W. Ryan* for appellant.

*Hamilton Ward* for respondent.

Judgments reversed and complaint dismissed, with costs in all courts on the ground that plaintiff's intestate was guilty of contributory negligence as matter of law.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

CARROLL BUILDING CORPORATION, Appellant, *v.* LOUIS GREENBERG PLUMBING SUPPLIES, INC., et al., Respondents, Impleaded with Others.

*Conspiracy — action to recover for alleged conspiracy to compel a builder to pay an excessive price for installation of plumbing.*

*Carroll Bldg. Corp.* v. *Greenberg P. Supplies, Inc.,* 216 App. Div. 268, affirmed.

(Submitted November 30, 1926; decided December 31, 1926.)

APPEAL from a judgment, entered April 8, 1926, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to recover for an alleged conspiracy by defendants, respondents, who were respectively a plumbers' supply firm and plumbing contractors, to compel plaintiff, a builder, to pay an excessive price for installation of plumbing in buildings it was erecting by filing a conditional sales contract and 'mechanics' liens against said property.

*William Godnick, Irving C. Maltz* and *J. A. Freedman* for appellant.

*Horace G. Marks* and *Samuel Kahan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MARGARET DOPP, Appellant, *v.* THE CITY OF JOHNSTOWN et al., Respondents.

*Negligence — streets — injury to pedestrian through giving way of iron trap door in sidewalk — complaint dismissed.*

*Dopp* v. *City of Johnstown,* 214 App. Div. 407, affirmed.

(Argued November 30, 1926; decided December 31, 1926.)

APPEAL from a judgment, entered May 10, 1926, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Defendant in walking across a sidewalk in the city of Johnstown stepped upon an iron door located in and a part of the sidewalk which gave way and precipitated her into the area below causing the injuries complained of. Nuisance was not alleged. The Appellate Division dismissed the complaint on the ground that it appeared the accident occurred through improper maintenance rather than defective construction and there was no sufficient evidence of constructive notice thereof to the city.

*Alfred D. Dennison* and *John T. Morrison* for appellant.

*Clarence W. Smith* for city of Johnstown, respondent.

*J. Keck* for Catherine A. Smith, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE and LEHMAN, JJ. Not voting: ANDREWS, J.